**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**AMENDED ORDER OF THE EXECUTIVE COMMITTEE**

The Honorable Charles R. Norgle, Sr. has retired from regular active service as a United States District Judge effective October 4, 2022.

IT IS HEREBY ORDERED That the cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f).

IT IS ALSO ORDERED That any case that was assigned to the Honorable Charles R. Norgle, Sr. and may require further judicial action in the future, shall be reassigned by lot to a judge of this Court.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 6th day of October, 2022

**Civil Cases Reassigned from Judge Norgle to Judge Alonso**

| | |
|---|---|
| 1:18-cv-03083 | Bilek v. National Congress of Employers, Inc. |
| 1:19-cv-05863 | Pena v. Simms et al |
| 1:19-cv-08062 | United States of America v. Henry |
| 1:21-cv-03693 | International Union of Operating Engineers, Local 150, AFL-CIO v. Metropolitan Steel, Inc., an Illinois Corporation et al |
| 1:21-cv-04404 | Coleman v. Wexford Health Sources, Inc et al |
| 1:21-cv-06621 | Luxottica Group S.p.A. et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-01544 | Hurley v. Navy Federal Credit Union et al |
| 1:22-cv-03124 | James v. Dahm Enterprises, Inc et al |
| 1:22-cv-03439 | Novotney v. Walgreen Co. |
| 1:22-cv-03570 | Anderson v. Murphy et al |
| 1:22-cv-03918 | Matt v. Convergent Outsourcing, Inc. |
| 1:22-cv-04552 | McKinnie v. Dart et al |

**Civil Cases Reassigned from Judge Norgle to Judge Aspen**

| | |
|---|---|
| 1:20-cv-02952 | Blackwood et al v. Westmont Hospitality Group et al |
| 1:21-cv-06039 | Stuertz v. Horizon Therapeutics USA, Inc. |
| 1:21-cv-06545 | Fox Valley & Vicinity Construction Workers Welfare Fund et al v. Riley Construction Company, Inc. |
| 1:22-cv-04000 | Moon v. JINS Eyewear US, Inc. |
| 1:22-cv-04275 | Coss et al v. The Home Depot, Inc. |

**Civil Cases Reassigned from Judge Norgle to Judge Blakey**

| | |
|---|---|
| 1:15-cv-05746 | United States of America v. Goldberg |
| 1:15-cv-08940 | Gamon Plus, Inc. et al v. Campbell Soup Company et al |
| 1:19-cv-04388 | Brister v. Wilkie |
| 1:20-cv-00343 | Pitts v. Dart et al |
| 1:20-cv-01915 | York Risk Services Group, Inc. v. Energi Insurance Services, Inc. |
| 1:20-cv-05096 | Pearson et al v. Community Unit School District No. 303 et al |
| 1:21-cv-04326 | Waltz v. National Car Cure, LLC et al |
| 1:21-cv-04490 | Lantern Haus Co. et al v. Hoskins et al |
| 1:21-cv-05657 | Heinstra v. United States Postal Services |
| 1:22-cv-00403 | Ingraham v. Chrome Carriers Trucking, LLC et al |
| 1:22-cv-01509 | Diesel Technologies LLC v. Aktiebolaget Volvo et al |
| 1:22-cv-02652 | Byline Bank v. Wings Air Helicopters LLC et al |
| 1:22-cv-04441 | ElMasry v. United States Department of State et al |

**Civil Cases Reassigned from Judge Norgle to Judge Bucklo**

| | |
|---|---|
| 1:17-cv-06945 | Rito v. Berryhill |
| 1:19-cv-06855 | Cooper v. Cooper |
| 1:20-cv-03693 | Rice v. Will County Adult Detention Facillity et al |
| 1:20-cv-05328 | Hankes et al v. Krapils, The Great Steak, Inc. et al |

| | |
|---|---|
| 1:20-cv-06212 | Medical Reimbursement Services, LLC v. Anzelmo |
| 1:21-cv-05046 | McGraw v. Nestor |
| 1:21-cv-06480 | Podkulski v. Hensey et al |
| 1:22-cv-00838 | Greggs v. Kijakazi |
| 1:22-cv-02221 | Smooky Moon 2, LLC v. The Entities and Individuals Identified in Annex A |
| 1:22-cv-04451 | SMART Local 265 Welfare Fund et al v. MZI Electric, Inc. |
| 1:22-cv-00031 | Williams v. Home Depot |

**Civil Cases Reassigned from Judge Norgle to Judge Chang**

| | |
|---|---|
| 1:18-cv-02337 | Taylor v. Commissioner of Social Security |
| 1:19-cv-08477 | Witt v. Aramark Sports and Entertainment, LLC |
| 1:20-cv-01406 | Pass v. Brannon |
| 1:21-cv-03003 | Oak Creek Partners, LLC v. Environmental Products and Services, Ltd. |
| 1:21-cv-03565 | Lang v. Toyota Motor Corporation et al |
| 1:21-cv-03749 | Oye v. Hartford Life And Accident Insurance Company |
| 1:22-cv-00971 | Gaines v. Dart et al |
| 1:22-cv-01896 | Cajamarca v. Ivo Peric d/b/a Andersonville Management et al |
| 1:22-cv-02853 | Ruiz-Garcia v. MATRIX4 |
| 1:22-cv-03273 | Allen v. Verizon |
| 1:22-cv-03544 | Williams v. Team Nomad, LLC et al |
| 1:22-cv-04255 | Magnifico v. Pete Buttigieg |
| 1:22-cv-04449 | Great Bowery, Inc. v. Elite Orthopaedics & Sports Medicine PLLC et al |

**Civil Cases Reassigned from Judge Norgle to Judge Coleman**

| | |
|---|---|
| 1:16-cv-02887 | United States of America v. Gibson |
| 1:17-cv-06903 | Colonial Surety Company v. Consulting Actuarial Group, Inc |
| 1:20-cv-03794 | Snyder et al v. Board of Education for Beecher School District 201U et al |
| 1:20-cv-06074 | Nolan v. Animal Welfare League |
| 1:20-cv-06851 | Protesters in Support of Black Lives et al v. City of Chicago et al |
| 1:21-cv-03993 | Pastorik v. Edgcomb |
| 1:21-cv-05743 | Unzueta v. Venditio Group, LLC |
| 1:21-cv-06380 | Boss et al v. The Kraft Heinz Company et al |
| 1:21-cv-06463 | Vernon v. Illinois Department of Corrections, The |
| 1:21-cv-06612 | Ramos v. Nationwide Credit, Inc. |
| 1:22-cv-01229 | Kielma v. Nakathomi Chicago, LLC et al |
| 1:22-cv-02274 | Route Guidance Systems LLC v. HERE Global B.V |
| 1:22-cv-04623 | Gorczyca et al v. Weber-Stephen Products LLC |

**Civil Cases Reassigned from Judge Norgle to Judge Durkin**

| | |
|---|---|
| 1:18-cv-05988 | Gillam et al v. Abreu et al |
| 1:19-cv-02611 | Rolfe et al v. Obaisi et al |

3

| | |
|---|---|
| 1:19-cv-06174 | Noour, Inc. v. Insurgent Brands, LLC et al |
| 1:20-cv-05298 | Scott v. Village of Dolton et al |
| 1:21-cv-03053 | International Union of Operating Engineers, Local 150, AFL-CIO v. Chicago Steel Construction, LLC et al |
| 1:21-cv-04609 | 24-7 Bright Star Healthcare, LLC v. Res-Care, Inc. d/b/a BrightSpring Health Services |
| 1:21-cv-05514 | Namrod v. Acia KL Auto LLC Co |
| 1:22-cv-01945 | Jones v. Regan |
| 1:22-cv-03059 | Global IP Law Group, LLC v. Comcast Cable Communications LLC et al |
| 1:22-cv-03342 | Burchett v. Pete's Fresh Foods Kedzie Corporation |
| 1:22-cv-03369 | Granberry v. US Census Bureau |
| 1:22-cv-04384 | Lukac et al v. Riddle et al |

**Civil Cases Reassigned from Judge Norgle to Judge Ellis**

| | |
|---|---|
| 1:17-cv-06635 | Sullivan v. Obaisi |
| 1:19-cv-00901 | InFlight Dublin, Inc. v. Astronics Corporation, et, al |
| 1:20-cv-02369 | Wood v. Security Credit Services, LLC |
| 1:20-cv-05461 | Campbell v. Latham, Star No. 60 et al |
| 1:21-cv-02020 | Kozanecki v. Sogeti USA 2 Inc. a/k/a Capgemini, USA LLC. |
| 1:21-cv-02597 | Brown et al v. Auto-Owners Insurance Company |
| 1:21-cv-03543 | Williams Jr v. United States of America et al |
| 1:21-cv-06659 | Freedom Home Care, Inc. v. Reif et al |
| 1:22-cv-00533 | Rare Beauty, LLC v. RareBeauty Cosmetics LLC |
| 1:22-cv-04051 | Kearney v. Roundy's Illinois, LLC., d/b/a Mariano's |
| 1:22-cv-04144 | Washington v. Jefferson Capital Systems, LLC et al |
| 1:22-cv-04185 | Garcia v. Property Pros Maintenance, Inc. et al |
| 1:22-cv-04625 | Terry v. Kohl's, Inc. |

**Civil Cases Reassigned from Judge Norgle to Judge Gettleman**

| | |
|---|---|
| 1:18-cv-06723 | Brighter Sky Productions, LLC et al v. Marriott International, Inc. et al |
| 1:20-cv-02659 | Providence Condominium Association v. Travelers Indemnity Company of America |
| 1:20-cv-04090 | Dennis v. The Andersons Inc. |
| 1:21-cv-04777 | Hawkins v. City of Harvey |
| 1:21-cv-05740 | Fiene et al v. Schweinzger |
| 1:22-cv-01667 | Wenger Family Investments, LLC v. Insurance Company of Greater New York |
| 1:22-cv-02109 | Abaxes LLC v. Nedeltchev et al |
| 1:22-cv-03502 | BFG Corporation v. Venture Equipment, LLC et al |
| 1:22-cv-04022 | EnchantedMob, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:22-cv-04090 | Smith et al v. Garland et al |
| 1:22-cv-04501 | Spears v. Weltman, Weinberg, & Reis Co., LPA |
| 1:22-cv-04565 | Tranquility IP LLC v. Cambium Networks, Inc. |

**Civil Cases Reassigned from Judge Norgle to Judge Gottschall**

| | |
|---|---|
| 1:20-cv-01221 | Ricchio v. Wilkie |
| 1:21-cv-05358 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. C.N.B. Construction LLC |
| 1:20-cv-07813 | DiFranco v. Yarbrough et al |
| 1:22-cv-03936 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Hugh Henry Inc. |

**Civil Cases Reassigned from Judge Norgle to Judge Guzman**

| | |
|---|---|
| 1:18-cv-07215 | Johnson v. Jelinek et al |
| 1:20-cv-03594 | Dobyne v. United States of America |
| 1:22-cv-01050 | United States of America v. Sala |
| 1:22-cv-04264 | Cohan v. Skyline CM Deerfield LLC |
| 1:22-cv-04563 | Higgins et al v. Village of Lyons et al |
| 1:19-cv-00683 | Macleod v. MidAmerican Energy Services, LLC et al |

**Civil Cases Reassigned from Judge Norgle to Judge Kendall**

| | |
|---|---|
| 1:15-cv-10324 | St. Paul Guardian Insurance Company v. Walsh Construction Company |
| 1:17-cv-08839 | Herrera v. City of Chicago, a municipal corporation et al |
| 1:19-cv-02965 | Trustees of the Chicago Regional Council of Carpenters Pension Fund et al v. Drive Construction, Inc. |
| 1:20-cv-04225 | Knox v. Johnson et al |
| 1:20-cv-06133 | United States of America v. Austin |
| 1:21-cv-03264 | Abo-Saif v. Hillcrest Property Management, Inc |
| 1:21-cv-03351 | Bowes-Northern v. Chicago Police Department |
| 1:21-cv-06714 | Figueroa et al v. #1 Deli, Inc. et al |
| 1:22-cv-00665 | Deckers Outdoor Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-04076 | Brown v. Trans Union LLC |
| 1:22-cv-04190 | ABC Corporation v. The Partnerships and Unincorporated Associations Identified On Schedule A |
| 1:22-cv-04203 | Krackenberger v. Northwestern Memorial Hospital et al |
| 1:21-cv-06683 | Love v. Commissioner of Social Security |

**Civil Cases Reassigned from Judge Norgle to Judge Kennelly**

| | |
|---|---|
| 1:16-cv-05531 | United States of America v. Francies |
| 1:17-cv-06452 | Israel v. Bucon et al |
| 1:19-cv-07665 | Azar v. Grubhub Inc. et al |
| 1:20-cv-03669 | USA v. Walker |
| 1:20-cv-07168 | Hatch et al v. Wolters Kluwer United States, Inc. Health Plan et al |
| 1:22-cv-00539 | Beasley v. Actavis LLC f/k/a Actavis Inc., et al |
| 1:22-cv-00949 | Chicago Title Land Trust, Trust No. 127632 et al v. Chupack et al |
| 1:22-cv-01721 | Navez v. DNF Associates, LLC |

| | |
|---|---|
| 1:22-cv-03023 | Trustees of the N.E.C.A. - IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds v. Green Electrical Contracting, Inc. |
| 1:22-cv-04093 | Strike 3 Holdings, LLC v. Doe |
| 1:22-cv-04411 | Holder v. Experian Information Solutions, Inc. et al |

**Civil Cases Reassigned from Judge Norgle to Judge Kness**

| | |
|---|---|
| 1:20-cv-04257 | Griffin v. Pfister et al |
| 1:20-cv-07807 | Webber v. State of Illinois et al |
| 1:21-cv-02896 | Lezine v. Decowski et al |
| 1:21-cv-04578 | Owens v. NuWave, LLC |
| 1:21-cv-06213 | Finley v. Atlantic Bulk Carrier et al |
| 1:22-cv-00460 | Hitterman v. Spike Enterprise, Inc. |
| 1:22-cv-01670 | Helwig v. Walgreen Co. et al |
| 1:22-cv-01786 | Hopkins v. Sterling Infosystems, Inc. |
| 1:22-cv-02041 | Quinones v. Home Depot, U.S.A. Inc. |
| 1:22-cv-02911 | Sharma v. Mayorkas et al |
| 1:22-cv-03447 | Harmon v. Kijakazi |
| 1:22-cv-04088 | Strike 3 Holdings, LLC v. John Doe, subscriber assigned IP address 98.206.205.2 |

**Civil Cases Reassigned from Judge Norgle to Judge Kocoras**

| | |
|---|---|
| 1:11-cv-08808 | Kraft Foods Global, Inc. et al v. United Egg Producers, Inc. et al |
| 1:17-cv-04486 | Hueramo v. Wells et al |
| 1:20-cv-02745 | R.C.M. Industries, Inc. v. AAA Sales & Engineering, Inc. |
| 1:21-cv-03723 | Morris v. Chicago Central Pacific Railroad Company et al |
| 1:21-cv-04890 | Hancock v. AAA Galvanizing - Peoria, Inc. et al |
| 1:21-cv-06220 | Mercil v. Jewel Food Stores, Inc. |
| 1:22-cv-02422 | Sawyer v. City of Chicago et al |
| 1:22-cv-02492 | Russell et al v. Illinois Tool Works, Inc. et al |
| 1:22-cv-02861 | Roberts et al v. Beyond Meat, Inc. |
| 1:22-cv-03237 | Cook et al v. Golub & Company Realty, LLC et al |
| 1:22-cv-03694 | Champagne v. City Of Chicago et al |
| 1:22-cv-02813 | Pratt v. United Collection Bureau, Inc. |

**Civil Cases Reassigned from Judge Norgle to Judge Lefkow**

| | |
|---|---|
| 1:18-cv-01396 | Lonzo v. Dryv, LLC |
| 1:19-cv-00809 | Dunagan et al v. Illinois Institute of Art-Schaumburg, LLC et al |
| 1:21-cv-04419 | Pedroza v. Aramark Services, Inc. et al |
| 1:21-cv-06936 | Kendziora v. Highland Park CVS, L.L.C. et al |
| 1:22-cv-02062 | Morton v. Perry's Restaurants Ltd et al |
| 1:22-cv-02564 | Buitron v. Trans Union LLC et al |

**Civil Cases Reassigned from Judge Norgle to Judge Leinenweber**

| | |
|---|---|
| 1:20-cv-02112 | Libertarian Party of Illinois et al v. Pritzker et al |

6

| | |
|---|---|
| 1:21-cv-02567 | Sadowski v. Menard, Inc. et al |
| 1:21-cv-03847 | Shenzhen Tomtop Technology Co., Ltd. et al v. Xie et al |
| 1:22-cv-01810 | United States of America v. Suppressed |
| 1:22-cv-02562 | Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Marlene's Trucking Transport, Inc. |

**Civil Cases Reassigned from Judge Norgle to Judge Maldonado**

| | |
|---|---|
| 1:14-cv-00051 | Ayoubi v. Przybylo et al |
| 1:20-cv-04889 | Dupree v. Dr. Patricia Burke |
| 1:20-cv-07275 | Koronkiewicz et al |
| 1:21-cv-05889 | Clevenger v. A.M. Castle & Co. |
| 1:21-cv-06414 | Automobile Mechanics' Local No. 701 Union and Industry Pension Fund et al v. Grayslake Autos, LLC d/b/a Rock Chevrolet d/b/a Rockenbach Chevrolet et al |
| 1:21-cv-06790 | Mujcinovic v. Aimbridge Hospitality, L.P. |
| 1:22-cv-00289 | Rizvi v. J.S. Held LLC |
| 1:22-cv-00513 | Miskowicz v. Blinken et al |
| 1:22-cv-02646 | Bryant v. Adult Protective Services - Catholic Charities, et al |
| 1:22-cv-02727 | Bonilla v. National Container Group, LLC et al |
| 1:22-cv-03664 | LL, Inc. v. Partnerships and unincorporated Associations Identified in Schedule A |
| 1:22-cv-01364 | Williams v. CW Nexus Credit Card Holdngs I, LLC |

**Civil Cases Reassigned from Judge Norgle to Judge Pacold**

| | |
|---|---|
| 1:12-cv-01764 | Brown v. City Of Chicago et al |
| 1:17-cv-01973 | Motorola Solutions, Inc. et al v. Hytera Communications Corporation Ltd. et al |
| 1:19-cv-03371 | Motorola Solutions, Inc. et al v. Hytera Communications Corporation Ltd. et al |
| 1:17-cv-06643 | Israel v. Israel |
| 1:20-cv-07212 | KTM AG v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:20-cv-07434 | Ironshore Specialty Insurance Company v. Katherine Shaw Bethea Hospital |
| 1:21-cv-06827 | Sharif et al v. Michael et al |
| 1:22-cv-01875 | Reed v. Anderson et al |
| 1:22-cv-02346 | Central States, Southeast and Southwest Areas Pension Fund et al v. Miller Pipeline, LLC |
| 1:22-cv-02408 | La Galera Produce, LLC v. 8110 N. St. Louis, LLC d/b/a Patel Brothers et al |
| 1:22-cv-04025 | Jones v. Specialty Promotions, Inc. |
| 1:22-cv-04622 | Price v. Equifax Information Services, LLC et al |

**Civil Cases Reassigned from Judge Norgle to Chief Judge Pallmeyer**

| | |
|---|---|
| 1:20-cv-01171 | Eberhardt v. Village of Tinley Park et al |

| | |
|---|---|
| 1:21-cv-05353 | NPM Venture LLC v. City of Chicago et al |
| 1:21-cv-05905 | Davis v. Home Depot, U.S.A., Inc. |
| 1:22-cv-00869 | Hamed v. Majorkas et al |
| 1:22-cv-02514 | Reed v. Napleton Aurora Imports, Inc. et al |
| 1:22-cv-03245 | Fiallo v. Some's Uniforms Inc. |

### Civil Cases Reassigned from Judge Norgle to Judge Rowland

| | |
|---|---|
| 1:16-cv-02606 | Ball v. The City of Chicago Department of Police et al |
| 1:18-cv-04678 | Parham et al v. Lakeview Loan Servicing, LLC et al |
| 1:19-cv-08166 | Allianz Global Corporate & Specialty SE et al v. Western Flyer Express, LLC |
| 1:20-cv-07158 | Lafreniere et al v. R.R. Donnelley & Sons, Inc et al |
| 1:21-cv-04185 | Clarke et al v. Aveda Corporation |
| 1:22-cv-00256 | Motorola Mobility LLC v. Maxell, Ltd. |
| 1:22-cv-01098 | Shahu v. United States Citizenship And Immigration Services, The |
| 1:22-cv-03633 | Radhakrishinan et al v. Jaddou |
| 1:22-cv-03968 | Luckett v. Wintrust Financial Corp. et al |
| 1:22-cv-03995 | Cohan v. MHF DTS VI, LLC |
| 1:22-cv-04521 | United Specialty Insurance Company v. LG Express Group, Inc. |
| 1:22-cv-04575 | Cooks v. Lyft, Inc. et al |

### Civil Cases Reassigned from Judge Norgle to Judge Seeger

| | |
|---|---|
| 1:18-cv-03661 | Sharma v. Advanced Medical Billing, Inc. et al |
| 1:19-cv-00114 | White v. United Airlines, Inc. et al |
| 1:20-cv-03720 | John Doe v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto |
| 1:20-cv-07353 | Smith v. Howard et al |
| 1:21-cv-02328 | Smith Jr v. Yoksoulian et al |
| 1:21-cv-06243 | Gonzalez v. Rodriguez et al |
| 1:21-cv-06457 | Manna v. Knowles et al |
| 1:22-cv-01848 | Forsberg v. Kijakazi |
| 1:22-cv-02283 | Ochoa v. City of Chicago et al |
| 1:22-cv-03399 | Westchester Fire Insurance Company, et al v. Whiting Corporation, et al |
| 1:22-cv-03985 | Aguilar v. KB 786, Inc. |
| 1:22-cv-04333 | James v. U.S. Government's David Burke |

### Civil Cases Reassigned from Judge Norgle to Judge Shah

| | |
|---|---|
| 1:15-cv-08569 | Bell v. Wexford Health Source Inc et al |
| 1:16-cv-06400 | United States of America v. Walker |
| 1:20-cv-00014 | Poole v. Aguinaldo et al |
| 1:20-cv-04885 | Lloyd v. Joshi et al |
| 1:21-cv-02782 | Lloyd v. Joshi, et. al. |
| 1:20-cv-06240 | Mason v. Takeda Pharmaceuticals, U.S.A., Inc. et al |
| 1:21-cv-05425 | Talley et al v. The Housing Authority of Cook County et al |

8

| | |
|---|---|
| 1:21-cv-06212 | Heags v. Department of Veterans Affairs |
| 1:22-cv-00548 | Dawson v. Village of Dolton |
| 1:22-cv-01349 | Hopkins et al v. Stericycle |
| 1:22-cv-02582 | Srugo v. Harris |
| 1:22-cv-02677 | Guangzhou Caizhi E-Commerce Co., Ltd. v. Framar International, Inc. et al |
| 1:22-cv-04154 | Wenting Qi v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A |

**Civil Cases Reassigned from Judge Norgle to Judge Tharp**

| | |
|---|---|
| 1:18-cv-00497 | Minor v. John Doe et al |
| 1:18-cv-06790 | Holwill v. AbbVie Inc. et al |
| 1:20-cv-01128 | Flores et al v. Motorola Solutions Inc. et al |
| 1:20-cv-04349 | United States of America v. Fong |
| 1:20-cv-06474 | Certain Underwriters at Lloyd's v. Koninklijke Luchtvaart Maatshappijn |
| 1:21-cv-03443 | Cincinnati Insurance Company, The v. Corrosion Monitoring Services, Inc. et al |
| 1:21-cv-03696 | Kelecevic v. Hartford Life And Accident Insurance Company |
| 1:22-cv-00070 | De Lion v. CRRC Sifang America, Inc. |
| 1:22-cv-01445 | Nirvana, L.L.C. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:22-cv-02668 | Williams v. Penske Truck Leasing Co., L.P. |
| 1:22-cv-04322 | Gogova v. Mayorkas et al |
| 1:22-cv-04651 | Lane v. Meta Platforms Inc et al |

**Civil Cases Reassigned from Judge Norgle to Judge Valderrama**

| | |
|---|---|
| 1:13-cv-06162 | Sanchez v. Brown et al |
| 1:17-cv-09326 | Burgos v. Rojas, et al |
| 1:19-cv-03164 | Xodus Medical Inc. et al v. U.S. Surgitech, Inc. |
| 1:20-cv-05238 | Herrera v. United State Of America |
| 1:21-cv-00652 | International Union of Operating Engineers, Local 150, AFL-CIO v. Chicago Decking, Inc., an Indiana Corporation/New Horizon Steel, LLC, an Illinois Limited Liability Corporation, a Joint Venture et al |
| 1:21-cv-00722 | International Union of Operating Engineers, Local 150, AFL-CIO v. S & J Construction Co., Inc., an Illinois Corporation et al |
| 1:21-cv-01377 | International Union of Operating Engineers, Local 150, AFL-CIO v. S & J Construction Co., Inc. et al |
| 1:21-cv-01816 | International Union of Operating Engineers, Local 150, AFL-CIO v. S & J Construction Co., Inc., an Illinois Corporation et al |
| 1:21-cv-05312 | Grubhub Inc. et al v. The Kroger Co. et al |
| 1:21-cv-05644 | Cantore v. Health Resource Solutions, Inc. |
| 1:22-cv-00418 | Taylor v. Metropolitan Life Insurance Company |
| 1:22-cv-01887 | Sangster v. Experian Information Solutions, Inc. et al |

| | |
|---|---|
| 1:22-cv-03360 | Adams v. Batavia Container, Inc. |
| 1:22-cv-03818 | Sunco International Inc. et al v. Jiangsu Sunco Boiler Co., Ltd. et al |
| 1:22-cv-04291 | Global Values v. United States Small Business Administration |

### Civil Cases Reassigned from Judge Norgle to Judge Wood

| | |
|---|---|
| 1:21-cv-05218 | Holmes v. City Of Chicago et al |
| 1:13-cv-08012 | Schmalz v. Village Of North Riverside et al |
| 1:18-cv-06068 | Vargas v. Wexford Health Sources, Inc. et al |
| 1:21-cv-05421 | Vargas v. Gomez et al |
| 1:19-cv-05981 | Martinez v. United States of America et al |
| 1:20-cv-03740 | Bell v. Cunningham  et al |
| 1:21-cv-02961 | Oppenheimer v. First Step Trademarks, LLC et al |
| 1:21-cv-05289 | Hanus v. Harting, Inc. of North America |
| 1:22-cv-00585 | Valdez v. El Centro, Inc. et al |
| 1:22-cv-02651 | SMART Local 265 Welfare Fund et al v. Albert J. Wagner & Son, LLC |
| 1:22-cv-03059 | Global IP Law Group, LLC v. Comcast Cable Communications LLC et al |
| 1:22-cv-04200 | Kujo, Inc. v. Hurtt Fabricating Corp. |

### Criminal Cases Reassigned from Judge Norgle to Judge Alonso

| | |
|---|---|
| 1:12-cr-00700 | USA v. Bates |
| 1:18-cr-00794 | USA v. Sander |
| 1:20-cr-00516 | USA v. Bergman |
| 1:22-cr-00137 | USA v. Larry |

### Criminal Cases Reassigned from Judge Norgle to Judge Blakey

| | |
|---|---|
| 1:16-cr-00108 | USA v. Coon |
| 1:18-cr-00309 | USA v. Love |
| 1:19-cr-00019 | USA v. McKenzie |
| 1:20-cr-00849 | USA v. Betancourt |

### Criminal Cases Reassigned from Judge Norgle to Judge Bucklo

| | |
|---|---|
| 1:10-cr-00619 | USA v. Sims |
| 1:16-cr-00226 | USA v. Mitchell |
| 1:19-cr-00028 | USA v. Mudd et al |
| 1:20-cr-00923 | USA v. Eady |

### Criminal Cases Reassigned from Judge Norgle to Judge Chang

| | |
|---|---|
| 1:01-cr-00086 | USA v. Carpenter et al |
| 1:19-cr-00162 | USA v. Gates |
| 1:19-cr-00875 | USA v. Guice |

1:21-cr-00633 USA v. Anania

**Criminal Cases Reassigned from Judge Norgle to Judge Coleman**

1:04-cr-00372 USA v. Vallone et al
1:16-cr-00434 USA v. Fong et al
1:19-cr-00071 USA v. Walker
1:21-cr-00223 USA v. Cade

**Criminal Cases Reassigned from Judge Norgle to Judge Durkin**

1:12-cr-00498 USA v. Johnson
1:16-cr-00200 USA v. Aguiar et al
1:20-cr-00458 USA v. Eskafyan et al
1:22-cr-00097 USA v. Campbell

**Criminal Cases Reassigned from Judge Norgle to Judge Ellis**

1:14-cr-00579 USA v. Vargas
1:18-cr-00403 USA v. Barfield et al
1:21-cr-00636 USA v. Boykin
1:22-cr-00211 USA v. Joh

**Criminal Cases Reassigned from Judge Norgle to Judge Gettleman**

1:03-cr-00523 USA v. Bernard et al
1:10-cr-00789 USA v. Hinton et al
1:20-cr-00117 USA v. Ingram
1:22-cr-00021 USA v. Balthazar

**Criminal Cases Reassigned from Judge Norgle to Judge Guzman**

1:19-cr-00499 USA v. Brown
1:21-cr-00389 USA v. Medellin

**Criminal Cases Reassigned from Judge Norgle to Judge Kendall**

1:15-cr-00215 USA v. Niggemann
1:17-cr-00136 USA v. Rangel
1:20-cr-00745 USA v. Beam Suntory Inc.
1:22-cr-00336 USA v. Shepherd

**Criminal Cases Reassigned from Judge Norgle to Judge Kennelly**

1:97-cr-00169 United States of America v. Meachum et al
1:07-cr-00270 USA v. Walker et al
1:17-cr-00518 USA v. Mack, et al
1:19-cr-00472 USA v. Hopkins
1:21-cr-00469 USA v. Thompson

**Criminal Cases Reassigned from Judge Norgle to Judge Kness**

| | |
|---|---|
| 1:17-cr-00289 | USA v. Marshall et al |
| 1:19-cr-00428 | USA v. Brannon |
| 1:21-cr-00282 | USA v. Braxton |
| 1:20-cr-00434 | USA v. Wright |

**Criminal Cases Reassigned from Judge Norgle to Judge Lefkow**

| | |
|---|---|
| 1:18-cr-00310 | USA v. Savla |
| 1:21-cr-00333 | USA v. Celestino Barahona-Serrano, et.al. |

**Criminal Cases Reassigned from Judge Norgle to Judge Leinenweber**

| | |
|---|---|
| 1:17-cr-00331 | USA v. Terry et al |
| 1:21-cr-00293 | USA v. Valle |

**Criminal Cases Reassigned from Judge Norgle to Judge Pacold**

| | |
|---|---|
| 1:96-cr-00407 | USA v. Varela et al |
| 1:06-cr-00145 | USA v. Quinn |
| 1:11-cr-00380 | USA v. Hawk et al |
| 1:14-cr-00287 | USA v. Barr III et al |
| 1:20-cr-00385 | USA v. Brown, et al |

**Criminal Cases Reassigned from Judge Norgle to Judge Rowland**

| | |
|---|---|
| 1:08-cr-00746 | USA v. Zambrano et al |
| 1:18-cr-00041 | USA v. Cunningham |
| 1:20-cr-00517 | USA v. Elia |
| 1:21-cr-00673 | USA v. Cano |
| 1:22-cr-00174 | USA v. Davis et al |

**Criminal Cases Reassigned from Judge Norgle to Judge Seeger**

| | |
|---|---|
| 1:06-cr-00102 | USA v. Watkins et al |
| 1:11-cr-00156 | USA v. Zuniga |
| 1:13-cr-00642 | USA v. Elbanna et al |
| 1:19-cr-00803 | USA v. Valentine |
| 1:20-cr-00352 | USA v. Aniukwu et al |

**Criminal Cases Reassigned from Judge Norgle to Judge Shah**

| | |
|---|---|
| 1:91-cr-00703 | USA v. Lyon, et al |
| 1:07-cr-00550 | USA v. McDonald |
| 1:19-cr-00424 | USA v. Crayton et al |
| 1:19-cr-00582 | USA v. Izsak |
| 1:21-cr-00558 | USA v. Zmijewski |

**Criminal Cases Reassigned from Judge Norgle to Judge Tharp**

| | |
|---|---|
| 1:15-cr-00339 | USA v. Stelmachowski et al |
| 1:20-cr-00848 | USA v. Solis |
| 1:21-cr-00273 | USA v. Smith |
| 1:22-cr-00366 | USA v. Zayed |

**Criminal Cases Reassigned from Judge Norgle to Judge Valderrama**

| | |
|---|---|
| 1:04-cr-00066 | USA v. Valentine et al |
| 1:10-cv-00348 | USA v. Smith |
| 1:20-cr-00149 | USA v. Wong |
| 1:21-cr-00671 | USA v. Wober |

**Criminal Cases Reassigned from Judge Norgle to Judge Wood**

| | |
|---|---|
| 1:06-cr-00330 | USA v. Sirtoff et al |
| 1:12-cr-00094 | USA v. Villagran |
| 1:22-cr-00073 | USA v. Bychowski |